THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON CONSTRUCTION, LLC, *et al.*,<br><br>Defendants. | CASE NO. C23-0827-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion of dismissal (Dkt. No. 37). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to close this case.

//
//
//
//
//

MINUTE ORDER
C23-0827-JCC
PAGE - 1

DATED this 17th day of April 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
