THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HAMILTON CONSTRUCTION, LLC, *et al.*,<br><br>    Defendants. | CASE NO. C23-0827-JCC<br><br>AMENDED MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Travelers Casualty Insurance Company of America ("Travelers") (Dkt. No. 37). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and Plaintiff's claims, causes of action, and damages against Travelers are DISMISSED with prejudice and without costs or fees to any party.

//

//

//

AMENDED MINUTE ORDER
C23-0827-JCC
PAGE - 1

DATED this 17th day of April 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk