THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON CONSTRUCTION, LLC, *et al.*,<br><br>Defendants. | CASE NO. C23-0827-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Based on its recent communications with the parties, the Court understands that the parties expect to proceed with the bench trial currently set for June 9, 2025, and estimate three days for trial. Accordingly, in addition to the deadlines set in the current scheduling order (Dkt. No. 29), the parties are DIRECTED to file Proposed Findings of Fact and Conclusions of Law on or before June 9, 2025.

DATED this 14th day of May 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kadya Peter<br>
Deputy Clerk