THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEFORGE MARITIME TOWING, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON CONSTRUCTION, LLC, an Alaska limited liability company,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:23-cv-00827-JCC<br><br>(Consolidated with 2:24-cv-00369-JCC)<br><br>STIPULATION TO EXTEND PRESENTATION OF FINDINGS OF FACT AND CONCLUSIONS OF LAW |

Plaintiff DeForge Maritime Towing, LLC ("DeForge") and Defendants Hamilton Construction, LLC, and Jeff Hamilton, by and through their attorneys, hereby stipulate that the parties have conferred and agreed that an extension is warranted for the completion and submission of the joint proposed findings of facts and conclusions of law. The current deadline for submission is July 2, 2025.  It is hereby stipulated and agreed by and between the parties, through their respective counsel that the deadline to submit proposed findings of fact and conclusions of law be extended by seven (7) days, to July 9, 2025.

Pursuant to Local Rule 11 (a)(6)(B)(ii), Donald K. McLean, hereby attests that concurrence in the filing of the documents has been obtained by each Signatory below.

STIPULATED EXTENSION FOR PRESENTATION OF
FOF AND COL - 1
Case No. 2:23-cv-00827-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206) 443-3400

1  **DATED:** 06/20/2025                **BAUER MOYNIHAN & JOHNSON LLP**

2
3                                        */s/* Donald K. McLean
                                         Donald K. Mclean WSBA No. 24158
4                                        Attorneys for Defendants Hamilton
                                         Construction, LLC, And Jeff Hamilton
5                                        Email: Dkmclean@Bmjlaw.Com

6
7  **DATED:** 06/20/2025                **HOLMES WEDDLE & BARCOTT, PC**

8
9                                        */s/* Michael A. Barcott
                                         Michael A. Barcott, WSBA #13317
10                                       Daniel P. Barcott, WSBA #50282
                                         Attorneys for Plaintiff DeForge
11                                       Maritime Towing, LLC
                                         E-mail: mbarcott@hwb-law.com
12                                               dbarcott@hwb-law.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED EXTENSION FOR PRESENTATION OF
FOF AND COL - 2
Case No. 2:23-cv-00827-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400

**[PROPOSED] ORDER GRANTING EXTENSION FOR JOINT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Pursuant to the stipulation of the parties under, IT IS HEREBY ORDERED that that the deadline to submit joint proposed findings of fact and conclusions of law be extended by seven (7) days, to July 9, 2025.

Dated this  23rd day of June, 2025

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATED EXTENSION FOR PRESENTATION OF
FOF AND COL - 3
Case No. 2:23-cv-00827-JCC

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE: (206) 443-3400